FILED

JUL 27 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:22 CR 424 |
| DEVON PEYTON, | ) Title 18, United States Code, Section 751(a) |
| Defendant. | ) JUDGE LIOI |

COUNT 1
(Escape From Custody, 18 U.S.C. § 751(a))

The Grand Jury charges:

1. On or about June 22, 2022, in the Northern District of Ohio, Eastern Division, Defendant DEVON PEYTON, did knowingly escape from custody in Oriana House, an institutional facility in which he was lawfully confined at the direction of the Attorney General, by virtue of a judgment and commitment of the United States District Court for the Northern District of Ohio, upon conviction for the commission of Felon in Possession of Firearm and Ammunition, in violation of Title 18 United States Code, Sections 922(g)(1) and 924(a)(2), in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.